CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 28 2019

JULIA C. DUDLEY, CLERK
BY: s/ MARTHA L. HUPP
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| VICKI J. GOINS, ) | |
| ) | |
| Plaintiff, ) | Case No. 4:17-cv-00037 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NANCY BERRYHILL, ) | By: Hon. Jackson L. Kiser |
| Acting Commissioner, ) | Senior United States District Judge |
| ) | |
| Defendant. ) | |

Before me is the Report and Recommendation ("R&R") of the United States Magistrate Judge recommending that I deny Plaintiff's Motion for Summary Judgment [ECF No. 14], grant the Commissioner's Motion for Summary Judgment [ECF No. 18], and affirm the Commissioner's decision. The R&R was filed on August 31, 2018 [ECF No. 22], and Plaintiff filed her objections on September 14 [ECF No. 23]. The Commissioner responded [ECF No. 24], and the matter is now ripe for review. See Fed. R. Civ. P. 72(b). After careful review and consideration, and for the reasons stated in the accompanying Memorandum Opinion, Plaintiff's Objections are hereby **OVERRULED**, the R&R is **ADOPTED IN ITS ENTIRETY**, Plaintiff's Motion for Summary Judgment is **DENIED**, and the Commissioner's Motion for Summary Judgment is **GRANTED**. The clerk is directed to **CLOSE** this case.

The Clerk is directed to send a copy of this Memorandum Opinion and the accompanying Order to all counsel of record as well as to Magistrate Judge Hoppe.

**ENTERED** this 28th day of March, 2019.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE